Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.: 22−15309−ABA
           Chapter: 13
           Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Rosana Pena
 719 Rancocas Ave
 Riverside, NJ 08075

Social Security No.:
 xxx−xx−8604

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 13, 2022.

Dated: October 13, 2022
JAN:

                     Jeanne Naughton
                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Rosana Pena  
    Debtor

Case No. 22-15309-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 13, 2022      Form ID: plncf13      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosana Pena, 719 Rancocas Ave, Riverside, NJ 08075-4112 |
| 519650762 | + | GMC Financial, PO Box 183834, Arlington, TX 76096-3834 |
| 519690304 | | M&T Bank, PO Box 840, Buffalo NY 14242-0840 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2022 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2022 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519655937 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 13 2022 20:52:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519650757 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 13 2022 20:52:00 | Barclays Bank Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 519650758 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2022 20:55:14 | Best Buy/CBNA*, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 519689535 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 13 2022 21:05:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519650759 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2022 20:55:20 | Capital One Bank USA NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519689536 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 13 2022 21:05:49 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519684185 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2022 20:53:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519691909 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2022 20:55:14 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519650760 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2022 20:53:00 | Comenity Bank/ VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 519650761 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2022 20:53:00 | Comenity Bank/NWYRK&CO, PO Box 182789, Columbus, OH 43218-2789 |
| 519650766 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2022 20:55:08 | Macys/DSNB, 911 Duke Blvd, Mason, OH 45040 |
| 519650763 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 13 2022 20:55:18 | JPMCB - Card Services, 301 N Walnut Street, Floor 09, Wilmington, DE 19801 |
| 519679016 | + | Email/Text: RASEBN@raslg.com | Oct 13 2022 20:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519679625 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 21:05:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519650764 | + | Email/Text: Documentfiling@lciinc.com | Oct 13 2022 20:52:00 | Lending Club Bank NA, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519650765 | + | Email/Text: camanagement@mtb.com | Oct 13 2022 20:53:00 | M&T Bank*, P.O. Box 619063, Dallas, TX 75261-9063 |
| 519700150 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2022 21:05:51 | Portfolio Recovery Associates, LLC, c/o Jet Blue, POB 41067, Norfolk VA 23541 |
| 519700386 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2022 21:05:39 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation, As Servicer For Lendingclub Bank, POB 41067, Norfolk VA 23541 |
| 519700173 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2022 21:05:39 | Portfolio Recovery Associates, LLC, c/o Priceline, POB 41067, Norfolk VA 23541 |
| 519693915 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2022 20:53:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519650767 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 20:55:21 | Syncb/Paypal Credit Card, PO Box 965005, Orlando, FL 32896-5005 |
| 519650768 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 20:55:13 | Syncb/Verizon, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 519651831 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 20:55:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519658513 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 13 2022 21:05:46 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519672711 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Oct 13, 2022 | Form ID: plncf13 | Total Noticed: 29

| Name | Email Address |
|---|---|
| Bruce C. Truesdale | on behalf of Debtor Rosana Pena brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5