53734
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for ACAR Leasing LTD
d/b/a GM Financial Leasing
 JM5630_____
_

|  |  |
|---|---|
| | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE:  ROSANA PENA | CHAPTER: 13 |
| | CASE NO: 22-15309 (ABA) |
| | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS, AND DISCLOSURE STATEMENTS |

ACAR Leasing LTD d/b/a GM Financial Leasing hereby enters its appearance and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for ACAR Leasing LTD d/b/a GM Financial Leasing with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

ACAR Leasing LTD d/b/a GM Financial Leasing, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R. Bankr P 2002(I), that, but for this Request, would be provided

only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to ACAR Leasing LTD d/b/a GM Financial Leasing by due service upon its undersigned attorneys, Morton & Craig LLC, at the address stated above and also to it at the following address:

ACAR Leasing LTD d/b/a GM Financial Leasing

4000 Embarcadero Dr.

Arlington, Texas 76014

ACAR Leasing LTD d/b/a GM Financial Leasing, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

   /s/   John R. Morton, Jr.
John R. Morton, Jr., Esquire
Attorney For ACAR Leasing LTD
d/b/a GM Financial Leasing

Dated: 3/1/23