Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−15309−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rosana Pena
   719 Rancocas Ave
   Riverside, NJ 08075

Social Security No.:
   xxx−xx−8604

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                September 15, 2023
Time:                 09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*30* – Certification in Opposition to (related document:29 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/2/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Bruce C. Truesdale on behalf of Rosana Pena. (Truesdale, Bruce)

and transact such other business as may properly come before the meeting.


Dated: July 31, 2023
JAN: eag

                                                                Jeanne Naughton
                                                                Clerk