UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Rosana Pena,

Debtor.

| | |
|---|---|
| Case No.: | 22-15309-ABA |
| Adv. No.: | |
| Chapter: | 13 |
| Hearing Date: | 12/19/2023 |
| Judge: | Altenburg |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1.    I, _____ Denise Carlon, Esq. _____ ,

☒    am the attorney for: _____ M&T Bank _____

☐    am self-represented

Phone number: _____ 215-627-1322 _____

Email address: _____ dcarlon@kmllawgroup.com _____

2.    I request an adjournment of the following hearing:

Matter: _____ Motion for Relief from Stay (Docket #34) _____

Current hearing date and time: _____ 12/19/2023 @ 10:00 a.m. _____

New date requested: _____ 1/16/2024 @ 10:00 a.m. _____

Reason for adjournment request: __ To allow the parties time to amicably resolve the issues __

at hand. _____

3.      I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned _____ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.      Consent to adjournment:

☒  I have the consent of all parties.      ☐  I do not have the consent of all parties (explain

below):  _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: _12/14/2023_____          /s/ Denise Carlon_____
                                                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT
REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒  Granted          New hearing date: ___1/16/2024 at 10 am___          ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____          ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic
filers of the new hearing date.**

*rev.10/1/15*