UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE C. TRUESDALE, P.C.
11 Greenbrook Road
Middlesex, New Jersey 08846
BY: Bruce C. Truesdale, Esq. (BC 0928)
Phone: 732-302-9600
Fax: 732-302-9066
Attorney for Debtor[s]

In Re:

ROSANA PENA

| | |
|---|---|
| Case No.: | 22-15309 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 2/20/22 |
| Judge: | ABA |

## CERTIFICATION OF SERVICE

1.  I, Sarah A. Vanderstreet:

☐ represent _____ in this matter.

☒ am the secretary/paralegal for the attorney, who represents the debtor in this matter.

☐ am the _____ in this case and am representing myself.

2.  On January 22, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

- Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d)

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   1/22/24

/s/ Sarah A. Vanderstreet
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Standing Chapter 13 Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 – Suite 580<br>Cherry Hill, NJ  08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>PO Box 840<br>Buffalo, NY 14240-8040<br>(address as per POC) | Secure Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M&T Bank<br>c/o Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Secure Creditor Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other EM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| John R. Morton, Jr., Esq.<br>Morton & Craig, LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057 | Service Requested | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rosana  Pena<br>719 Rancocas Avenue<br>Riverside, NJ 08075 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*