UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

Rosana Pena,

Debtor.

Case No.: 22-15309-ABA

Adv. No.: 

Chapter: 13

Hearing Date: 2/13/2024

Judge: Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Denise Carlon, Esq.,

   ☒ am the attorney for: M&T Bank

   ☐ am self-represented

   Phone number: 215-627-1322

   Email address: dcarlon@kmllawgroup.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Stay (Docket #34)

   Current hearing date and time: 2/13/2024 @ 10:00 a.m.

   New date requested: 2/27/2024 @ 10:00 a.m.

   Reason for adjournment request: There is a HAF/ERMA application was approved. The motion to approve disbursement is on 2/20. If that is granted, this motion can be w/d.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 2/7/2024                                           /s/ Denise Carlon
                                                          Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 2/27/24 @ 10 AM          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2