Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-15309 (ABA)

Rosana Pena  
719 Rancocas Avenue  
Riverside, NJ  08075

Monthly Payment: $150.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/11/2023 | $150.00 | 02/02/2023 | $150.00 | 03/03/2023 | $150.00 | 06/20/2023 | $150.00 |
| 06/22/2023 | $-150.00 | 07/05/2023 | $150.00 | 07/06/2023 | $150.00 | 07/07/2023 | $-150.00 |
| 07/11/2023 | $-150.00 | 08/01/2023 | $750.00 | 08/03/2023 | $150.00 | 09/18/2023 | $150.00 |
| 10/04/2023 | $150.00 | 11/03/2023 | $150.00 | 12/05/2023 | $150.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROSANA PENA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C. TRUESDALE, ESQUIRE | 13 | $3,355.00 | $2,449.20 | $905.80 | $1,899.90 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $16,086.95 | $0.00 | $16,086.95 | $0.00 |
| 2 | CITIBANK, N.A. | 33 | $3,174.62 | $0.00 | $3,174.62 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $8,343.40 | $0.00 | $8,343.40 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $967.68 | $0.00 | $967.68 | $0.00 |
| 5 | COMENITY BANK/NWYRK&CO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ACAR LEASING LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $4,303.33 | $0.00 | $4,303.33 | $0.00 |
| 8 | T MOBILE/T-MOBILE USA, INC. | 33 | $230.29 | $0.00 | $230.29 | $0.00 |
| 9 | M & T BANK | 24 | $566.90 | $0.00 | $566.90 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $2,925.08 | $0.00 | $2,925.08 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $1,312.00 | $0.00 | $1,312.00 | $0.00 |
| 12 | LVNV FUNDING, LLC | 33 | $2,754.13 | $0.00 | $2,754.13 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | BRUCE C. TRUESDALE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CAPITAL ONE, N.A. | 33 | $4,315.19 | $0.00 | $4,315.19 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $11,840.30 | $0.00 | $11,840.30 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $25,894.37 | $0.00 | $25,894.37 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2022 | 50.00 | $150.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,950.00 |
| Total paid to creditors this period: | $1,899.90 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $150.00 |
| Attorney: | BRUCE C. TRUESDALE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**