UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

| | |
|---|---|
| In Re:<br><br>Rosana Pena,<br><br>Debtor. | Case No.:        22-15309-ABA<br><br>Chapter:             13<br><br>Hearing Date:      02/27/2024<br><br>Judge:            Altenburg |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Motion for Relief from Stay (Docket # 34)

_____

Date: 02/23/2024            /s/ Denise Carlon
                            Signature

*rev.8/1/15*