Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-15309 (ABA)

Rosana Pena  
719 Rancocas Avenue  
Riverside, NJ  08075

Monthly Payment: $150.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2024 | $150.00 | 02/05/2024 | $150.00 | 03/05/2024 | $150.00 | 04/16/2024 | $150.00 |
| 05/03/2024 | $150.00 | 06/04/2024 | $150.00 | 07/03/2024 | $150.00 | 09/06/2024 | $308.99 |
| 10/03/2024 | $150.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROSANA PENA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C. TRUESDALE, ESQUIRE | 13 | $3,355.00 | $3,355.00 | $0.00 | $1,899.90 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $16,086.95 | $88.81 | $15,998.14 | $0.00 |
| 2 | CITIBANK, N.A. | 33 | $3,174.62 | $17.52 | $3,157.10 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $8,343.40 | $46.06 | $8,297.34 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $967.68 | $5.34 | $962.34 | $0.00 |
| 5 | COMENITY BANK/NWYRK&CO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ACAR LEASING LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $4,303.33 | $23.76 | $4,279.57 | $0.00 |
| 8 | T MOBILE/T-MOBILE USA, INC. | 33 | $230.29 | $1.27 | $229.02 | $0.00 |
| 9 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITIBANK, N.A. | 33 | $2,925.08 | $16.15 | $2,908.93 | $0.00 |
| 11 | LVNV FUNDING, LLC | 33 | $1,312.00 | $7.24 | $1,304.76 | $0.00 |
| 12 | LVNV FUNDING, LLC | 33 | $2,754.13 | $15.21 | $2,738.92 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | BRUCE C. TRUESDALE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CAPITAL ONE, N.A. | 33 | $4,315.19 | $23.82 | $4,291.37 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $11,840.30 | $65.37 | $11,774.93 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $25,894.37 | $142.95 | $25,751.42 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2022 | 50.00 | $150.00 |
| 09/01/2026 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $1,508.99 |
| Total paid to creditors this period: | $1,899.90 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $291.01 |
| Attorney: | BRUCE C. TRUESDALE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**