/s/ Andrew B. Finberg
*Chapter 13 Standing Trustee*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*<br>**Andrew B. Finberg, Esquire (AB 1574)**<br>**Cherry Tree Corporate Center** | |
| In Re:<br><br>**Rosana Pena**<br><br>Debtor(s)' | Case No. 22-15309 (ABA)<br><br>Judge: Andrew B. Altenburg, Jr.<br><br>**STIPULATION ADJUSTING** |

**WHEREAS** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follows: Debtor's case be and is hereby allowed to continue at $5,718.97 total receipts applied to plan, then $218.00 per month for the remaining eleven (11) months, commencing October 1, 2025 for a total of fifty (50) months.

**An amended TFS-epay to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Stipulation.**

**IT IS STIPULATED THAT** all other terms set forth in the Order Confirming Plan entered on October 12, 2022, remain in effect.

Bruce C. Truesdale, Esquire
Attorney for Debtor

/s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee

Date: 9/23/2025

Date: 9/24/2025

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978