ANDREW B. FINBERG [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 22-15309 (ABA)**

Monthly Payment: $218.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Rosana Pena
719 Rancocas Avenue
Riverside, NJ 08075

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2025 | $150.00 | 02/10/2025 | $150.00 | 03/10/2025 | $150.00 | 03/14/2025 | $295.00 |
| 04/08/2025 | $150.00 | 05/08/2025 | $150.00 | 06/09/2025 | $150.00 | 07/09/2025 | $150.00 |
| 09/09/2025 | $164.98 | 10/08/2025 | $150.00 | 10/10/2025 | $68.00 | 11/10/2025 | $218.00 |
| 12/08/2025 | $218.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROSANA PENA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C. TRUESDALE, ESQUIRE | 13 | $3,355.00 | $3,355.00 | $0.00 | $905.80 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $16,086.95 | $325.87 | $15,761.08 | $88.81 |
| 2 | CITIBANK, N.A. | 33 | $3,174.62 | $59.09 | $3,115.53 | $17.52 |
| 3 | CAPITAL ONE, N.A. | 33 | $8,343.40 | $168.99 | $8,174.41 | $46.06 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $967.68 | $6.93 | $960.75 | $5.34 |
| 5 | COMENITY BANK/NWYRK&CO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | ACAR LEASING LTD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $4,303.33 | $80.10 | $4,223.23 | $23.76 |
| 8 | T MOBILE/T-MOBILE USA, INC. | 33 | $230.29 | $1.65 | $228.64 | $1.27 |
| 9 | M & T BANK | 24 | $0.00 | $0.00 | $0.00 | $40.40 |
| 10 | CITIBANK, N.A. | 33 | $2,925.08 | $59.25 | $2,865.83 | $16.15 |
| 11 | LVNV FUNDING, LLC | 33 | $1,312.00 | $24.42 | $1,287.58 | $7.24 |
| 12 | LVNV FUNDING, LLC | 33 | $2,754.13 | $55.78 | $2,698.35 | $15.21 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | BRUCE C. TRUESDALE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | CAPITAL ONE, N.A. | 33 | $4,315.19 | $80.32 | $4,234.87 | $23.82 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $11,840.30 | $239.84 | $11,600.46 | $65.37 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $25,894.37 | $524.53 | $25,369.84 | $142.95 |
| 19 | M & T BANK | 13 | $549.00 | $549.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2022 | 38.00 | $0.00 |
| 09/01/2025 | 1.00 | $5,718.97 |
| 10/01/2025 | 11.00 | $218.00 |
| 09/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,163.98 |
| Total paid to creditors this period: | $1,399.70 |
| Undistributed Funds on Hand: | $225.32 |
| Arrearages: | $0.00 |
| Attorney: | BRUCE C. TRUESDALE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**