Certificate Number: 13858-NJ-DE-041596939

Bankruptcy Case Number: 22-15309

13858-NJ-DE-041596939

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 24, 2026, at 10:09 o'clock PM EDT, Rosana Pena completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: October 25, 2026

By: /s/Chloe Reardon

Name: Chloe Reardon

Title: Counselor